7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Solache Edgar P.
_____
Plaintiff

v.

Grupo Antolin +
UAW
_____
Defendant(s)

CASE NUMBER  07 C 5 0 2 3 9

JUDGE  Kapala

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **Edgar Solache**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
    I.D. #_____ Name of prison or jail:_____
    Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2.  Are you currently employed?   ☐Yes   ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.  If the answer is "No":
        Date of last employment: Nov-29-2007
        Monthly salary or wages: $10.00 per hour
        Name and address of last employer: Grupo Antolin 642 Crystal Pkwy Belvidere, IL 61008

    b.  Are you married?   ☐Yes   ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

    a.  Salary or wages
        Amount $8.50 per hour  Received by Thalia Rumbo   ☒Yes   ☐No

b.  ☐ Business, ☐ profession or ☐ other self-employment       ☐ Yes       ☒ No
Amount _____ Received by _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends       ☐ Yes       ☒ No
Amount _____ Received by _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support       ☒ Yes       ☐ No
Amount $525⁰⁰       Received by Illinois Department of Employment Sec

e.  ☐ Gifts or ☐ inheritances       ☐ Yes       ☒ No
Amount _____ Received by _____

f.  ☐ Any other sources (state source: _____)       ☐ Yes       ☒ No
Amount _____ Received by _____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☒ Yes    ☐ No    Total amount: 203.80
In whose name held: Edgar Solache    Relationship to you: _____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?       ☐ Yes       ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?       ☐ Yes       ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?       ☒ Yes       ☐ No
Property: 97 Volkswagen Jetta
Current value: $3000
In whose name held: Edgar Solache    Relationship to you: myself

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
Brian Solache - Son - Brenda Solache - Daughter - Alex Solache - Son - Lily Solache - Daughter

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Dec-13-2007

_Edgar Solache_
(Signature of Applicant)

_Edgar P. Solache_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____          _____
DATE                          SIGNATURE OF AUTHORIZED OFFICER

                              _____
                              (Print name)

rev. 7/18/02

**National City** — Online Banking

PRIVACY | SECURITY | HELP | LOGOFF

Message Center
View Messages
Contact Us

Account Info | Transfer Funds | Pay Bills | Customer Support

## View Account Activity

**Show Activity For:**
Checking ...9147　[Select]

Print This Page
View Search Options

**Account Information**
View Account Info
View Account Activity
View Account Detail
View Online Statements
Stop Mailing Statement
Export Account Activity
Nickname Account

**Account:** Checking ...9147

**Current Balance:** $203.80
**Available Balance:** $203.80 *
*Includes amounts available through overdraft protection, if applicable.

= Check Image

**New Accounts**
Apply For a New Account
Finish a Saved Application
Verify Trial Deposits

**Need Help?**
Learn About Account Info
View Online Statements Demo

| Date▼ | Description | Type | Debit(-) | Credit(+) | Running Balance |
|---|---|---|---|---|---|
| **Pending Items** | | | | | |
| 12/12/2007 | VISA CHECKCARD DB-POINT OF SALE | Debit | $1.03 | | $203.80 |
| 12/12/2007 | PENDING CHECK(S)-ITEM PROCESSING | Check 734690002 | $33.43 | | $204.83 |
| 12/12/2007 | ATM CASH WITHDRAWAL | Debit | $60.00 | | $238.26 |
| **Posted Items** | | | | | |
| 12/07/2007 | SULLIVAN FOODS, BELVEDERE,IL POINT OF SALE PURCHASE | Debit | $14.93 | | $298.26 |
| 12/07/2007 | GRUPO ANTOLIN IL PAYROLL 071205 | Credit | | $223.98 | $313.19 |
| 12/06/2007 | FAMILY COUNSELING SERVICE, ROCKF | Debit | $18.00 | | $89.21 |
| 12/06/2007 | NC CHECKCARD TRANS. CAPITAL ONE ONLINE PMT 739939910195732 | Debit | $25.00 | | $107.21 |
| 12/03/2007 | NAT CITY ATM CASH WITHDRAWAL 1004 N. STATE ST., BELVIDERE,IL | Debit | $20.00 | | $132.21 |
| 11/30/2007 | AMOCO OIL 08616104, BELVIDER NC CHECKCARD TRANS. | Debit | $3.99 | | $152.21 |
| 11/30/2007 | STOP N GO #291, BELVIDERE,IL POINT OF SALE PURCHASE | Debit | $13.46 | | $156.20 |
| 11/30/2007 | SUPER MERCADO GUANAJUATIT, BELVI NC CHECKCARD TRANS. | Debit | $17.69 | | $169.66 |
| 11/29/2007 | WAL-MART #3597, BELVIDERE,IL POINT OF SALE PURCHASE | Debit | $11.06 | | $187.35 |
| 11/27/2007 | STOP N GO #291, BELVIDERE,IL POINT OF SALE PURCHASE | Debit | $18.20 | | $198.41 |
| 11/27/2007 | NAT CITY ATM CASH WITHDRAWAL 1004 N. STATE ST., BELVIDERE,IL | Debit | $20.00 | | $216.61 |
| 11/28/2007 | AMOCO OIL 08616104, BELVIDER NC CHECKCARD TRANS. | Debit | $3.99 | | $236.61 |
| 11/26/2007 | AUTOZONE 2649, BELVIDERE,IL POINT OF SALE PURCHASE | Debit | $4.26 | | $240.60 |
| 11/23/2007 | GRUPO ANTOLIN IL PAYROLL 071120 | Credit | | $276.82 | $244.86 |
| 11/21/2007 | AMOCO OIL 08616104, BELVIDER NC CHECKCARD TRANS. | Debit | $5.38 | | ($31.96) |
| 11/21/2007 | SUBWAY #2867, BELVIDERE, IL NC CHECKCARD TRANS. | Debit | $16.87 | | ($26.58) |
| 11/21/2007 | CHECK | Check 239 | $18.00 | | ($9.71) |
| 11/21/2007 | OVERDRAFT CHARGE | Debit | $30.00 | | $8.29 |
| 11/21/2007 | WAL-MART #3597, BELVIDERE,IL POINT OF SALE PURCHASE | Debit | $104.78 | | $38.29 |
| 11/21/2007 | CHECK | Check 240 | $300.00 | | $143.07 |
| 11/20/2007 | ROAD RANGER #207, BELVIDERE, IL NC CHECKCARD TRANS. | Debit | $5.92 | | $443.07 |
| 11/20/2007 | OLD CHICAGO 40, ROCKFORD, IL NC CHECKCARD TRANS. | Debit | $22.48 | | $448.99 |
| 11/20/2007 | OLD CHICAGO 40, ROCKFORD, IL NC CHECKCARD TRANS. | Debit | $35.48 | | $471.47 |