UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Plaintiff(s) Edgar Solache )
) 07 C 5023
)
v. )
) Case Number: _____
Defendant(s) Grupo Antolin )
and ) Judge: Kapala
Union Automotive Workers )
)

DOCKETED DEC 1 4 2007

FILED DEC 1 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Edgar P. Solache, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Call 3 different attorneys that practice law enforcing discrimination and need at least $1,000 dls to start plus $200 per hour and I don't have the money

3. In further support of my motion, I declare that (check appropriate box):

   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Edgar P. Solache_
   Movant's Signature

   _624 E. Madison St._
   Street Address

   _Belvidere, IL 61008_
   City/State/Zip

Date: 12-13-07

# National City — Online Banking

PRIVACY　SECURITY　HELP　LOGOFF

**Message Center**
View Messages
Contact Us

**Account Information**
View Account Info
View Account Activity
View Account Detail
View Online Statements
Stop Mailing Statement
Export Account Activity
Nickname Account

**New Accounts**
Apply For a New Account
Finish a Saved Application
Verify Trial Deposits

**Need Help?**
Learn About Account Info
View Online Statements Demo

Account Info　Transfer Funds　Pay Bills　Customer Support

## View Account Activity

**Show Activity For:** Checking ...9147　Select

Print This Page
View Search Options

**Account:** Checking ...9147

**Current Balance:** $203.80
**Available Balance:** $203.80 *
*Includes amounts available through overdraft protection, if applicable.

= Check Image

| Date | Description | Type | Debit(-) | Credit(+) | Running Balance |
|---|---|---|---|---|---|
| **Pending Items** | | | | | |
| 12/12/2007 | VISA CHECKCARD DB-POINT OF SALE | Debit | $1.03 | | $203.80 |
| 12/12/2007 | PENDING CHECK(S)-ITEM PROCESSING | Check 734690002 | $33.43 | | $204.83 |
| 12/12/2007 | ATM CASH WITHDRAWAL | Debit | $60.00 | | $238.26 |
| **Posted Items** | | | | | |
| 12/07/2007 | SULLIVAN FOODS, BELVEDERE, IL POINT OF SALE PURCHASE | Debit | $14.93 | | $298.26 |
| 12/07/2007 | GRUPO ANTOLIN IL PAYROLL 071205 | Credit | | $223.98 | $313.19 |
| 12/06/2007 | FAMILY COUNSELING SERVICE, ROCKF NC CHECKCARD TRANS. | Debit | $18.00 | | $89.21 |
| 12/06/2007 | CAPITAL ONE ONLINE PMT 733939910195732 | Debit | $25.00 | | $107.21 |
| 12/03/2007 | NAT CITY ATM CASH WITHDRAWAL 1004 N. STATE ST., BELVIDERE, IL | Debit | $20.00 | | $132.21 |
| 11/30/2007 | AMOCO OIL 08616104, BELVIDER NC CHECKCARD TRANS. | Debit | $3.99 | | $152.21 |
| 11/30/2007 | STOP N GO #291, BELVIDERE, IL POINT OF SALE PURCHASE | Debit | $13.46 | | $156.20 |
| 11/30/2007 | SUPER MERCADO GUANAJUATIT, BELVI NC CHECKCARD TRANS. | Debit | $17.69 | | $169.66 |
| 11/29/2007 | WAL-MART #3597, BELVIDERE, IL POINT OF SALE PURCHASE | Debit | $11.06 | | $187.35 |
| 11/27/2007 | STOP N GO #291, BELVIDERE, IL POINT OF SALE PURCHASE | Debit | $18.20 | | $198.41 |
| 11/27/2007 | NAT CITY ATM CASH WITHDRAWAL 1004 N. STATE ST., BELVIDERE, IL | Debit | $20.00 | | $216.61 |
| 11/26/2007 | AMOCO OIL 08616104, BELVIDER NC CHECKCARD TRANS. | Debit | $3.99 | | $236.61 |
| 11/26/2007 | AUTOZONE 2649, BELVIDERE, IL POINT OF SALE PURCHASE | Debit | $4.26 | | $240.60 |
| 11/23/2007 | GRUPO ANTOLIN IL PAYROLL 071120 | Credit | | $276.82 | $244.86 |
| 11/21/2007 | AMOCO OIL 08616104, BELVIDER NC CHECKCARD TRANS. | Debit | $5.38 | | ($31.96) |
| 11/21/2007 | SUBWAY #2867, BELVIDERE, IL NC CHECKCARD TRANS. | Debit | $16.87 | | ($26.58) |
| 11/21/2007 | CHECK | Check 239 | $18.00 | | ($9.71) |
| 11/21/2007 | OVERDRAFT CHARGE | Debit | $30.00 | | $8.29 |
| 11/21/2007 | WAL-MART #3597, BELVIDERE, IL POINT OF SALE PURCHASE | Debit | $104.78 | | $38.29 |
| 11/21/2007 | CHECK | Check 240 | $300.00 | | $143.07 |
| 11/20/2007 | ROAD RANGER #207, BELVIDERE, IL NC CHECKCARD TRANS. | Debit | $5.92 | | $443.07 |
| 11/20/2007 | OLD CHICAGO 40, ROCKFORD, IL NC CHECKCARD TRANS. | Debit | $22.48 | | $446.99 |
| 11/20/2007 | OLD CHICAGO 40, ROCKFORD, IL NC CHECKCARD TRANS. | Debit | $35.48 | | $471.47 |