U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 07C 50239
EDGAR P. SOLACHE,
            Plaintiff,
v.
GRUPO ANTOLIN and UAW,
            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Automobile Workers (UAW)

| NAME (Type or print) |
| --- |
| Laurie M. Burgess |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Laurie M. Burgess |
| FIRM |
| Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck, P.C. |
| STREET ADDRESS |
| 77 West Washington Street, Suite 20th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602-2983 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06228931 | 312-263-6330 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |