# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50239 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Solache vs. Grupo | | |

**DOCKET ENTRY TEXT:**

Plaintiff's application to proceed in forma pampers is denied as plaintiff reports he will be able to pay the filing fee. Plaintiff's motion for appointment of counsel is denied. Judiann Chartier's application to proceed pro hac vice and oral motion for leave to substitute her appearance for that of Laurie Burgess for defendant are granted. Attorney Chartier to file her appearance for defendant after plaintiff has paid the filing fee in this case. Status hearing set for January 11, 2008 at 9:00 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | sw |
|---|---|---|