## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50239 | **DATE** | 1/11/2008 |
| **CASE TITLE** |  | Solache vs. Grupo | |

**DOCKET ENTRY TEXT:**

Status hearing held. Plaintiff has paid the filing fee. This case is referred to Magistrate Mahoney for all pretrial matters.

*/s/ Frederick J. Kapala*

.Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:07-cv-50239    Document 13    Filed 01/11/2008    Page 1 of 1

07C50239 Solache vs. Grupo      Page 1 of 1