## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 3:07-cv-50239 |

EDGAR P. SOLACHE
v.
GRUPO ANTOLIN & UAW

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Automobile, Aerospace, & Agricultural Implement Workers (UAW)

| |
|---|
| NAME (Type or print)<br>Judiann Chartier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Judiann Chartier |
| FIRM<br>Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck, P.C. |
| STREET ADDRESS<br>77 West Washington St., 20th Floor |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>NJ - 050671995 | TELEPHONE NUMBER<br>(312) 263-6330 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐