UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Plaintiff(s) Edgar P. Solache
v.

Defendant(s) Grupo Antolin
VAW

Case Number: 07 C 50239

Judge _____

FILED
MAR 28 2008
MICHAEL W. ROBBINS
CLERK, U.S. DISTRICT COURT

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I, Edgar Solache, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Call to find the hourly rate for Attorney Micheal Pavidor Jr. and the Amount that I need to retain Counsel is over my budget as 3-27-08 my Bank Account is on $0.00/100.

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Edgar P. Solache
Movant's Signature

624 E. Madison St.
Street Address

Belvidere IL- 61008
City/State/Zip

Date: 3-28-2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge P. Michael Mahoney | Case Number 03-03-cv-50077 |
| Case Title Solache vs Nissan | |
| Appointed Attorney's Name Jhon Reavden, Jr. | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |