# United States District Court for the Northern District of Illinois

Case Number: __07-50239__    Assigned/IssuedBy: __pb__

## FEE INFORMATION

**FILED**
**MAR 2 8 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Amount Due:**    ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

__2__ Original and __—__ copies on __3/28/08__ as to __Defendants__
(Date)

C:\wpwin80\docket\fecinfo.frm    01/01