# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Edgar Solache

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 3:07−cv−50239
　　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

Grupo Antolin, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney:Status hearing held on 3/28/2008. Plaintiff given to 4/17/08 to retain counsel or file motion for appointment of counsel with financial affidavit. Status hearing set for 4/18/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.