# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Edgar Solache

                              Plaintiff,

v.                                                    Case No.: 3:07−cv−50239
                                                      Honorable Frederick J. Kapala

Grupo Antolin, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

        MINUTE entry before Judge Honorable P. Michael Mahoney:Status hearing held on 4/18/2008. Plaintiff does not appear. Response to complaint due by 5/23/2008. Discovery Hearing set for 5/28/2008 at 01:30 PM. Plaintiff or retained counsel must appear or it will be the Report and Recommendation of the Magistrate Judge that this case be dismissed for want of prosecution. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.