IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| EDGAR SOLACHE, | Case No. 3:07-cv-50239 |
| Plaintiff, | Judge Frederick J. Kapala |
| v. | Magistrate Judge P. Michael Mahoney |
| GRUPO ANTOLIN and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | |
| Defendants. | |

## UAW'S MOTION INSTANTER IN SUPPORT OF ITS MOTION TO DISMISS

Defendant, International Union, United Automobile, Aerospace & Agricultural Implement Workers of America ("UAW"), by its attorneys, Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck, P.C., files this Motion Instanter requesting the Court to accept its Motion to Dismiss. Plaintiff served his Complaint upon the Defendant UAW with a request to waive service pursuant to Fed. R. Civ. P. 4(d) by letter dated March 31, 2008, and Defendant UAW agreed to waive service and file its Answer within 60 days, by May 30, 2008, as required by Rule 4(d)(3). Magistrate Judge Mahoney ordered defendant UAW to file its responsive pleading by May 23, 2008, so that it could be heard on May 28, 2008 at the scheduled status conference. The court adjourned the status conference and rescheduled the same for June 11, 2008 at 1:30 p.m.

Dated: May 29, 2008

Judiann Chartier
Attorney for Defendant UAW