UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| EDGAR SOLACHE, | Case No. 3:07-cv-50239 |
| Plaintiff, | |
| v. | |
| GRUPO ANTOLIN and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | CERTIFICATION OF SERVICE |
| Defendants. | |

I, Judiann Chartier, an attorney, hereby certify that a copy of the within Motion Instanter, Notice of Motion, Motion to Dismiss, and Memorandum of Law, were filed electronically with the U.S. District Court for the Northern District of Illinois on this day, and placed for delivery with an overnight mail carrier to:

> Frederick J. Kapala, Judge
> United States District Court for the Northern District of Illinois
> U.S. Courthouse
> 211 South Court Street
> Rockford, IL 61101

> P. Michael Mahoney, Magistrate Judge
> United States District Court for the Northern District of Illinois
> U.S. Courthouse
> 211 South Court Street
> Rockford, IL 61101

I further certify that a copy of the within Motion Instanter, Notice of Motion, Motion to Dismiss, and Memorandum of Law, were served on this day via overnight mail carrier upon:

Edgar Solache
624 East Madison Street
Belvidere, IL 61108

James B. Perry, Esq.
Dickinson Wright
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425

Dated:    May 29, 2008

*Judiann Chartier*
Judiann Chartier
Attorney for Defendant UAW