UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| EDGAR SOLACHE, | Case No. 3:07-cv-50239 |
| Plaintiff, | Honorable Frederick Kapala, District Court Judge |
| v. | |
| GRUPO ANTOLIN and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | Honorable P. Michael Mahoney, Magistrate Judge |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on June 11, 2008, at 1:30 p.m., or as soon thereafter as the parties may be heard, Defendant International Union, United Automobile, Aerospace & Agricultural Implement Workers of America ("UAW") will move the Court for an Order dismissing the allegations in Plaintiff's Complaint against the UAW pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:　　May 29, 2008

Judiann Chartier
Attorney for Defendant UAW