UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| EDGAR SOLACHE, | : | Case No. 3:07-cv-50239 |
| Plaintiff, | : | Honorable Frederick Kapala, District Court Judge |
| v. | : | |
| GRUPO ANTOLIN and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | : | Honorable P. Michael Mahoney, Magistrate Judge |
| Defendants. | : | |

## DEFENDANT UAW'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant International Union, United Automobile, Aerospace & Agricultural Implement Workers of America ("UAW"), by its attorneys Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck, P.C., states that it does not have a parent corporation, nor does it have any stock owned by a publicly held corporation.

Dated:   May 29, 2008                                    Judiann Chartier