## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 3:07-cv-50239

EDGAR SOLACHE

v.

GRUPO ANTOLIN, et al.

FILED
JUN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GRUPO ANTOLIN

*ECF application is being processed

| | |
|---|---|
| NAME (Type or print) <br> JAMES B. PERRY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James B Perry | |
| FIRM <br> DICKINSON WRIGHT PLLC | |
| STREET ADDRESS <br> 500 WOODWARD AVENUE, SUITE 4000 | |
| CITY/STATE/ZIP <br> DETROIT, MICHIGAN 48226-3425 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> P 28027 | TELEPHONE NUMBER <br> 313-223-3096 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

EDGAR P. SOLACHE,

    Plaintiff,

-vs-

GRUPO-ANTOLIN and
UAW

    Defendants.

Case No. 07-50239

Hon. Frederick J. Kapala
Magistrate Judge Mahoney

---

Edgar P. Solache
624 E. Madison St.
Belvidere, IL 61008

James B. Perry (MI P28027)
Dickinson Wright PLLC
Attorneys for Defendant Grupo-Antolin
500 Woodward Avenue – Suite 4000
Detroit, MI 48226
(313) 223-3500

Judiann Chartier
Katz, Friedman, Eagle, Eisenstein,
Johnson & Bareck, P.C.
Attorney for Defendant UAW
77 W. Washington St., 20th Floor
Chicago, IL 60602
(312) 263-6330

---

## PROOF OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, certifies that on May 22, 2008 a copy of Attorney Appearance Form was served via First Class Mail, postage pre-paid upon the above parties of record.

Further deponent sayeth not.

*Edith Graham Mize*
Edith Graham Mize

Dated: May 22, 2008

DETROIT 29226-1 1042287v1