# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50239 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Solache vs. Grupo Antolin UAW | | |

**DOCKET ENTRY TEXT:**

Defendant UAW's Motion for Leave to File its Motion to Dismiss Instanter is granted. Defendant's Motion to Dismiss will be placed on a briefing schedule during the 6/11/08 discovery hearing.

*[Signature: P. Michael Mahoney]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|