UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Western Division

Edgar Solache
                     Plaintiff,

v.                                         Case No.: 3:07−cv−50239
                                         Honorable Frederick J. Kapala

Grupo Antolin, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:It appearing that the plaintiff has not filed a written status report as ordered by the court; an In−court Status hearing is set for 9/19/2008 at 01:30 PM. Plaintiff must appear or it will be the Report and Recommendation of the Magistrate Judge that this case be dismissed for want of prosecution. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.